# In the United States Court of Federal Claims
**OFFICE OF SPECIAL MASTERS**
No. 19-356V

| | |
|---|---|
| PATRICK HANSEN,<br><br>     Petitioner,<br>v.<br><br>SECRETARY OF HEALTH AND HUMAN SERVICES,<br><br>     Respondent. | Chief Special Master Corcoran<br><br>Filed: February 12, 2021 |

## SCHEDULING ORDER-SPECIAL PROCESSING UNIT

  A telephonic status conference was held on February 8, 2021. Randall Knutson appeared on behalf of petitioner, and Kyle Pozza appeared on behalf of respondent.

  The purpose of the status conference was to discuss the parties' progress resolving damages in this case. Due to the complicated nature of damages in this GBS case (past and future lost wages are sought, in addition to future unreimbursed expenses) the parties indicated that they have agreed it is necessary to retain life care planners and vocational experts to assist counsel. I have no objection to the retention of experts given the facts of this case.[1] However, notwithstanding the retention of experts, the parties' counsel should plan to informally resolve damages by the fall of 2021. If the parties are unable to do so, I will issue a ruling on damages, after the experts complete their analysis. Further, I note this case may be appropriate for a motions' day hearing on damages later this year.

  **Petitioner shall file a joint status report, on behalf of the parties, by no later than <u>Friday, March 12, 2021</u> updating me on the progress made toward informally resolving the issue of damages. The status report shall indicate whether the parties have retained life care and vocational experts, and whether the parties have scheduled a joint site visit.**

---

[1] The life care planners and vocational experts should work together to coordinate interviews and site visits in order to avoid delay and duplication of effort.

Any questions about this order or about this case generally may be directed to OSM staff attorney **Jocelyn McIntosh at (202) 357-6344 or Jocelyn_McIntosh@cfc.uscourts.gov.**

**IT IS SO ORDERED.**

<u>**s/Brian H. Corcoran**</u>
Brian H. Corcoran
Chief Special Master